# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1016
CA 12-00233
PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF GAMALIEL (TONY) DOMINGUEZ,
PETITIONER-RESPONDENT,

                          V                                          ORDER

MONROE COUNTY SHERIFF PATRICK M. O'FLYNN,
CAPTAIN ANDREW FORSYTHE, LIEUTENANT JOHN
DIMARTINO AND DEPUTY PATRICIO ROJAS, JR.,
IN THEIR OFFICIAL CAPACITIES,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 1.)

---

WILLIAM K. TAYLOR, COUNTY ATTORNEY, ROCHESTER (BRIAN E. MARIANETTI OF
COUNSEL), FOR RESPONDENTS-APPELLANTS.

JEFFREY WICKS, PLLC, ROCHESTER (JEFFREY WICKS OF COUNSEL), FOR
PETITIONER-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Ann
Marie Taddeo, J.), entered November 4, 2011 in a proceeding pursuant
to CPLR article 78. The order, inter alia, vacated the termination of
petitioner and ordered his reinstatement.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Laborers Intl. Union of N. Am., Local
210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977).

Entered:   October 5, 2012                        Frances E. Cafarell
                                                  Clerk of the Court